Battle, J.
 

 No bill of exceptions has been filed on behalf of the prisoner, Reuben Wright, and, as we have not been able to discover any error in the record as to him, it must be so certified to the Superior Court for the county of Stokes.
 

 On the bill of exceptions of the other prisoner, Minta Hairston, the only ground upon which a new trial was moved lor, was that her confessions were improperly admitted in evidence against her. It is contended on her behalf that her confessions were not voluntary, because she had been
 
 *488
 
 previously examined on oath, and was under arrest at the time when she made them. In. reply to this, it is said by the counsel who appears for the State that, in her examination before the coroner, she not only said nothing to criminate herself, but disclaimed all knowledge of the transaction and her statement afterwards appears to have been entirely free and voluntary. They are certainly to be taken as such, unless her being under arrest has made them otherwise. That it has not appears from many authorities. Among other cases, see
 
 State
 
 v. Jefferson, 6 Ire., 305;
 
 State
 
 v.
 
 Gregory,
 
 5 Jon., 315;
 
 State
 
 v.
 
 Scates, Ib.
 
 420;
 
 State
 
 v.
 
 Fisher,
 
 6 Jon., 478. See also
 
 State
 
 v.
 
 Young,
 
 1 Wins. 126, and the authorities there referred, to.
 

 It must be certified that we find no error in the record as to this prisoner also.
 

 Per Curiam. No error.